Order, Family Court, Bronx County (Michael R. Milsap, J.), entered on or about August 30, 2016, which, after a hearing, found that respondent neglected the subject children, unanimously affirmed, without costs.
 

 The finding of neglect was supported by a preponderance of the evidence including that respondent engaged in acts of domestic violence against the children’s mother while the children were in the home and that they were being affected by what they were witnessing (see Matter of Madison M. [Nathan M.], 123 AD3d 616 [1st Dept 2014]; Matter of Kelly A. [Ghyslaine G.], 95 AD3d 784 [1st Dept 2012]). There exists no basis to disturb the Family Court’s credibility determinations (see Matter of Jared S. [Monet S.], 78 AD3d 536 [1st Dept 2010], lv denied 16 NY3d 705 [2011]).
 

 Concur — Richter, J.R, Webber, Kern and Moulton, JJ.